*In re* EXTENSIÓN DE TÉRMINOS POR MOTIVO DEL 28 DE NOVIEMBRE DE 2003.

*Número:* EM-2003-8          *Resuelto:* 25 de noviembre de 2003

## RESOLUCIÓN

El Juez Presidente Interino, Hon. Francisco Rebollo López, ha concedido libre con cargo a vacaciones el viernes 28 de noviembre de 2003 a los empleados y funcionarios de la Rama Judicial.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902 (1 L.P.R.A. secs. 72 y 73), y se considerará el viernes 28 de noviembre de 2003 como si fuera un día feriado completo. Cualquier término por vencer ese día se extenderá hasta el lunes 1ro de diciembre, próximo día laborable.

*Se ordena la inmediata difusión pública de esta resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Hernández Denton y Corrada Del Río no intervinieron.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*